IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH R. MURRAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHASE MANHATTAN MORTGAGE CORPORATION, et al. | : : | NO. 02-4467 |

**PRETRIAL CONFERENCE ORDER**

**BEFORE THE HONORABLE NORMA L. SHAPIRO**

AND NOW, this 30th day of October, 2002, it is **ORDERED** that a Fed.R.Civ.P. 16 pretrial conference in the above case will be held on **THURSDAY, JANUARY 2, 2003,** at **10:00 A.M.**, in Chambers, Room 10614, United States Courthouse, 601 Market Street, Philadelphia, PA.

The attached form is to be completed and returned to Chambers **one week prior to the conference**; counsel for all parties are expected to discuss together the matters covered by this report form and be prepared to participate in accordance with the court's Order under Fed.R.Civ.P. 16, Local Rules 16.1 and 16.2. **Counsel are expected to comply with Fed.R.Civ.P. 16 and 26, as amended December 1, 2000, the Code of Civility adopted by the Pennsylvania Supreme Court on December 6, 2000, and the Working Rules of Professionalism, adopted by the Philadelphia Bar Association on June 28, 1990.**

                                                          Madeline F. Ward, Deputy Clerk to
                                                          The Honorable Norma L. Shapiro