IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH R. MURRAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHASE MANHATTAN MORTGAGE CORPORATION, | : | |
| et al. | : | NO.  02-4467 |

**<u>ORDER</u>**

AND NOW, this 31ST day of October, 2002, it is **ORDERED** that the Fed.R.Civ.P. 16 pretrial conference previously noticed for January 2, 2003, will be held on **TUESDAY, JANUARY 21, 2003** at **2:00 p.m.**.  All other provisions of the October 30, 2002 Order remain unchanged.

ATTEST:                                           or         BY THE COURT:

                                                                         /s/ Norma L. Shapiro, S.J.
_____                                  _____
Madeline F. Ward, Deputy Clerk                                                     S.J.