IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH R. MURRAY | : | CIVIL ACTION |
| v. | : | |
| CHASE MANHATTAN MORTGAGE CO., et al. | : | NO. 02-4467 |

### ORDER

AND NOW, this 31st day of March, 2003, it having been reported that the issues between plaintiff and defendants in this action have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, it is **ORDERED** this case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **AS TO ALL NAMED DEFENDANTS**. The Clerk is directed to mark this case **CLOSED**.

ATTEST:                                     or        BY THE COURT:

**By:**_____                 /s/ Norma L. Shapiro, J.
     Madeline F. Ward, Deputy Clerk                                                         J.